**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 25-cv-26139-DPG**

**RC ADVISORS LLC,**

     **Plaintiff,**

**v.**

**ASE DIRECT, INC., and**
**BO CLIFT,**

     **Defendants**.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Motion to Withdraw as Counsel for Plaintiff (the "Motion"). [ECF No. 17]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. Gustavo Sardiña and Cassidy Mandelbaum are permitted to withdraw as Plaintiff's counsel of record in this action.

3. Within **twenty (20) days** of the entry of this Order, Plaintiff shall retain new counsel, who shall file a Notice of Appearance in this action.

4. If Plaintiff fails to retain new counsel, Defendants shall move for default.

5. All documents, correspondence, pleadings, motions, and other filings shall be served on Plaintiff RC ADVISORS LLC at the business address 1001 Brickell Bay Dr., Miami, Florida 33131, and via electronic mail at scott@rcadvisors.net.

2

6.      Within **two (2) days** of the entry of this Order, Gustavo Sardiña and Cassidy

Mandelbaum shall provide a copy of this Order to Plaintiff RC Advisors LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of April, 2026.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2